Crim-Sent (8/11/11)

HONORABLE: V. Bryant
DEPUTY CLERK: J. Shafer     RPTR/ECRO/TAPE: F. Velez, ECRO
TOTAL TIME: 1 hours 19 minutes     USPO: Baker & Togninalli     INTERPRETER: _____
DATE: 1-19-2022     START TIME: 2:05 pm     END TIME: 3:24 pm
RECESS (if more than ½ hr)     FROM: _____     TO: _____

CRIMINAL NO. 3:21-cr-120-VLB     Deft # _____

Christopher W. Schmeisser
AUSA

UNITED STATES OF AMERICA
vs
GEORGE LEE

Ethan A. Levin-Epstein
Defendant's Counsel

## SENTENCING

- [x] ☒ Sentencing held ☐ Sentencing continued until _____ at _____
- ☐ Deft failed to appear, Bench Warrant to issue
- [x] Court departs ☐ Upward from the guidelines ☒ Downward from the guidelines
- [x] 6 month(s) imprisonment on Count(s) 1 of the ☐ superseding ☐ indictment ☒ information
  & ___ months(s) imprisonment on Count(s) ___ of the ☐ superseding ☐ indictment ☐ information
- ☐ Sentence on Count(s) ___ shall run ☐ concurrently ☐ consecutively ☐ to sentence imposed on Count(s) ___ ☐ to state sentence
- ☐ Deft shall get credit for time served on Count(s) ___
- [x] Upon release the defendant shall be on supervised release for a term of 12 months
- ☐ Deft placed on probation for a period of ___ years on Count(s) ___ of the ___
- ☐ Government's motion for Final Order of Forfeiture ☐ Filed ☐ Granted ☐ Denied
- ☐ Preliminary Order of Forfeiture is outstanding
- ☐ Final Order of Forfeiture filed
- [x] Deft shall pay a fine of $ 5,500 on Count(s) 1 to be paid by immediately.
  ☒ in installments of $ 250 per month for a total of $ ___
- [x] A Special Assessment of ☐ $25 ☐ $50 ☒ $100 is imposed as to ☐ each of Count(s) 1 for a total of $ 100 ☒ to be paid immediately
- [x] Court recommends incarceration at FCI Otisville.
- ☐ Deft shall pay $ ___ per month for the cost of ☐ incarceration ☐ supervised release ☐ community confinement (halfway house)
- [x] Deft ordered to surrender on 3-30-2022 to ☒ U.S. Marshal ☒ institution
- [x] Bond ☒ continued ☐ set at $ ___
- ☐ Deft remanded to the custody of the U.S. Marshal
- ☐ Govt's ☐ oral motion to dismiss remaining counts ☐ Filed ☐ Granted ☐ Denied ☐ To be filed
- [x] Govt's ☒ oral motion for acceptance of responsibility ☐ Filed ☒ Granted ☐ Denied
- ☐ PSI filed under seal ☐ If not appealed, PSI may be unsealed & returned to USPO
- ☐ Deft shall participate in the 500 hour drug rehabilitation treatment program
- [x] Restitution of $154,238 has been paid in full.
  Fine shall be paid in monthly installments during supervised release if unable to be paid immediately.

☐ **SEE CONDITIONS OF SUPERVISED RELEASE/PROBATION ON PAGE II**

**CONDITIONS OF ☒ SUPERVISED RELEASE ☐ PROBATION**

- ☐ Proposed Restitution Order to be filed 90 days from today
- ☒ Mandatory conditions: 1, 2, 3, 4, & 5    ☒ Standard Conditions
- ☐ Deft shall pay restitution in the amount of $_____ payable at the rate of $_____ per month ☐ payable to _____.
- ☐ Deft shall be fined $_____ on Count(s) _____ to be paid during the defendant's period of ☐ Supervised Release ☐ Probation ☐ on schedule determined by USPO.
- ☒ Deft shall obtain a psychiatric and/or psychological evaluation and/or ☒ in-patient ☒ out-patient counseling as deemed necessary by USPO.
- ☐ Deft shall obtain substance abuse treatment & testing ☐ in-patient ☐ out-patient counseling as deemed necessary by USPO.
- ☐ Deft shall pay some or all of the costs of substance abuse and/or mental health treatment if determined appropriate by USPO.
- ☐ Deft shall submit to random urine testing & monitoring as deemed necessary by USPO.
- ☐ Deft shall receive educational and/or vocational training as deemed necessary by USPO.
- ☐ Deft shall pay the cost of supervision of $_____ per month.
- ☐ Deft shall perform community service for a period of _____ hours per week for _____ year(s) for a total of _____ hours.
- ☐ Defendant shall obtain & maintain full employment.
- ☐ Deft shall have no association with or be in the presence of, use, fabrication, assembly, transfer or dealing with weapons/firearms of any kind.
- ☐ Deft is confined to his/her home for a period of _____ months ☐ with ☐ without electronic monitoring.
- ☐ Deft shall pay the cost of electronic monitoring.
- ☐ Deft is sentenced to community confinement (halfway house) for a period of _____ months.
- ☐ During the period of house arrest, the defendant shall be home at all times except for employment, religious obligations, medical attention, and community service. Defendant shall engage in no social activities with the exception of those exclusively family oriented.
- ☐ Deft shall have no involvement nor relationship with nor be in the presence of any person who uses, deals with, or distributes drugs, nor shall he/she be in the presence of any actual usage of, dealing in or distribution of drugs of any nature.
- ☐ If Deft is deported, the defendant shall not reenter the United States without prior written permission from the Secretary of the Department of Homeland Security.
- ☐ Deft shall not incur new credit card charges or open additional lines of credit without the permission of the probation officer until the defendant's criminal debt obligation is paid.
- ☒ Deft shall provide the probation officer with access to requested financial information.
- ☒ Deft shall timely file true tax returns and timely pay the amount owed. _____
- Deft shall participate in cognitive behavioral therapy. _____
- _____
- _____

NOTES:

The Court adopts the facts as stated in the Presentence Report. The Court advised the defendant of his appeal rights.